**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

10 MAY 18  AM 10: 54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

-------------------------------------------------

DAMETERESE RANSAW,

                Plaintiffs,

      -vs-

LEE LUCAS, *et al*,

              Defendant.

-------------------------------------------------

: 
: 
: **CASE NO. 1:09 CV 02332**
: 
: 
: 
: **CASE MANAGEMENT PLAN AND**
: **SCHEDULING NOTICE**
: 
: 
: 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter came on for a Case Management Conference on 18 May 2010. The following determinations were agreed to by the parties and lead counsel of record, and IT IS ORDERED that:

1.     TRACK ASSIGNMENT.
      This case is assigned to the ___*Complex*___ case management track.

2.     ELECTRONIC FILING.
      This case:
      __X__      is suitable for electronic filing.
      _____      is not suitable for electronic filing because

      _____

      _____.

3.  ALTERNATIVE DISPUTE RESOLUTION ("ADR").
    This case:

    _____  is suitable for reference to an ADR  program.

    ___X___  is not suitable at this time for reference to an ADR program.

4.  MAGISTRATE JUDGE.
    The parties:

    _____  consent to the jurisdiction of a United States Magistrate Judge
             pursuant to 28 U.S.C. § 636(c).

    X        do not consent at this time to the jurisdiction of a United States
             Magistrate Judge pursuant to 28 U.S. C. § 636(c).

5.  INITIAL DISCLOSURES:  *TBD by motion*
    The parties:

    ____  have exchanged the pre-discovery disclosures required by Rule
          26(a)(1) and the Court's prior order;

    ____  will exchange such disclosures by _____;

    X     have not been required to make initial disclosures.

6.  AMENDMENT OF PLEADINGS due  ___*TBD*_____.
    Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15(a) shall be
    filed on or before above date.

7.  TELEPHONIC STATUS CONFERENCE is Wednesday, *Oct 20, 2010* at *10 A* m.
    ___*Court*_____ will initiate the call.  Lead counsel must participate;
    parties represented by counsel need not attend.

- 2 -

8.    FACT DISCOVERY CUTOFF is ___*TBD*___.

All discovery shall be completed by the above date.  Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2(a)(2) for cases assigned to the standard case management track.

The parties are reminded of their obligations under Fed. R. Civ. P. 26, as amended; provided, however, that initial disclosures made pursuant to Fed. R. Civ. P. 26(a)(1) need not be filed with the Court.  The parties shall comply with Local Rule 37.1 before filing any motion seeking aid from the Court in discovery matters.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall **not** be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

9.    EXPERT DISCOVERY CUTOFF is ___*TBD*___.
Plaintiff's expert reports are due ___*TBD*___.  Defendant's expert reports are due ___*TBD*___.

10.   DISPOSITIVE MOTIONS shall be filed on or before *July 31, 2010*.
*Plaintiffs rule 56(f) affidavit by Aug 30, 2010*

11.   PAGE LIMITATIONS.

Parties shall comply with Local Rule 7.1(f).  Memoranda that exceed the page limitation shall not be filed until a motion for permission to file such memoranda is granted.  Such motions are rarely granted.

12.   EXTENSIONS OF TIME AND/OR REQUESTS FOR CONTINUANCE.

Requests for extension of time or continuance must be filed no later than 14 calendar days before the scheduled matter.  Before requesting an extension of time or a continuance, counsel shall request the consent of other parties, and shall state in their written motion whether consent was obtained.

Motions for extension of time and/or requests for continuance will not be routinely granted.

To bring this case to a prompt conclusion, counsel are instructed to confer with each other frequently.  The Court expects counsel to respond to each other's telephone or mail messages within 48 hours, except in unique circumstances.

_____
UNITED STATES DISTRICT JUDGE

Acknowledgments:

_____          _____

_____          _____

_____          _____

_____