IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
 : CASE NO. 1:09-cv-2332
DAMETERESE RANSAW, :
 :
 Plaintiff, : ORDER ADOPTING THE
 : MAGISTRATE JUDGE'S REPORT AND
 -vs- : RECOMMENDATION AND GRANTING
 : THE DEFENDANTS' JOINT MOTION
 : TO DISMISS FOR LACK OF
LEE LUCAS, *et al.*, : PROSECUTION
 :
 Defendants.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter comes before the Court on United States Magistrate Judge Nancy A.

Vecchiarelli's Report and Recommendation ("R&R") advising that the Court grant the

defendants' joint motion to dismiss for lack of prosecution. (Doc. 154). No timely

objections to the R&R have been filed. Having reviewed the R&R, the Court agrees with

the recommendation of the Magistrate Judge. This Court accordingly adopts the R&R

as its own.[1]

      The defendants' joint motion to dismiss for lack of prosecution is granted.

      IT IS SO ORDERED.

                                            /s/ Lesley Wells  
                                        UNITED STATES DISTRICT JUDGE

Date: 20 October 2014

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

2